```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

         AUG 11 2016
            AT SEATTLE
      CLERK U.S. DISTRICT COURT
   BY WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHULUDE ISAAC,<br><br>Defendant. | NO. CR16-229 RSL<br><br>**INFORMATION** |

The United States Attorney charges that:

## COUNT 1
**(Theft of Public Funds)**

Beginning in or about April 2007, and continuing through about March 2015, at Kenmore, within the Western District of Washington, and elsewhere, defendant KHULUDE ISAAC did willfully and knowingly embezzle, steal and convert to her own use and the use of another money of the United States, namely Supplemental Security Income benefit payments and federal funds administered by the Washington Department of Social and Health Services, having an aggregate value of approximately forty-seven thousand dollars ($47,000), with the intent to deprive the United States of the use and

INFORMATION/ISAAC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  benefit of that money.

2  All in violation of Title 18, United States Code, Section 641.

4  DATED: August 11th, 2016

_____
ANNETTE L. HAYES
United States Attorney

_____
JAMES D. OESTERLE
Assistant United States Attorney

_____
BENJAMIN T. DIGGS
Special Assistant United States Attorney

INFORMATION/ISAAC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970